JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR DAVIS, et al., | CASE NO. CV08-6710-AHM (FMOx) |
| Plaintiff(s), | ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY |
| v. | |
| TIC THE INDUSTRIAL COMPANY, et al., | |
| Defendant(s) | |

On December 3, 2008, the Court granted the parties' application to stay this action pending the completion of arbitration;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within of the arbitration hearing, to request a status conference be scheduled if settlement is not consummated. Until such time, this Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

///

IT IS FURTHER ORDERED that counsel for plaintiff file quarterly status reports commencing on July 6, 2009.

IT IS SO ORDERED.

DATED: April 21, 2009

_____
A. HOWARD MATZ
United States District Judge

JS - 6